No. 362, Misc. RILEY v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 363, Misc. WILSON v. MICHIGAN. Circuit Court for Berrien County, Michigan. Certiorari denied.

No. 365, Misc. KING v. PATE, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 368, Misc. DAY v. COLORADO. Supreme Court of Colorado. Certiorari denied.

No. 370, Misc. MESSER v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 371, Misc. GRAY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 373, Misc. GAINEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 374, Misc. CHESTER v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 376, Misc. FERMIN v. VETERANS ADMINISTRATION ET AL. C. A. 9th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Douglas and Alan S. Rosenthal for respondent.

No. 377, Misc. PAIGE v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox for the United States.